### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH SEIDON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>HEALTHPLANONE, LLC<br>     Defendant. | Case No.: 3:22-cv-01614-OAW |

## DISCLOSURE STATEMENT OF HEALTHPLANONE, LLC

Pursuant to Fed.R.Civ.P. 7.1 and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant HealthPlanOne, LLC certifies that there are no parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

                    Respectfully Submitted,

Dated: January 26, 2023        **FOX ROTHSCHILD LLP**

                    */s/ Matthew J. Schenker*
                    Matthew J. Schenker (No. 432993)
                    101 Park Avenue, 17th Floor
                    New York, NY 10178
                    T: (212) 905-2308
                    Email: mschenker@foxrothschild.com

                    Paul A. Rosenthal
                    49 Market Street
                    Morristown, NJ 07960-5122
                    T: (973) 548 – 3388
                    PRosenthal@foxrothschild.com
                    **Attorneys for Defendant,**
                    **HealthPlanOne, LLC**